UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sonja J. Nicholson,                                 Civil No. 06-2862 (DSD/SRN)

      Plaintiff,

  v.                                                        O R D E R

Michael J. Astrue,
Commissioner of Social Security,

      Defendant.

---

    Jennifer Mrozik, Esq., Northwest Disability Services, 1611 West County Road B, Suite 106, Roseville, Minnesota 55113, on behalf of Plaintiff

    Lonnie F. Bryan, Esq., Office of the United States Attorney, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415, on behalf of Defendant

---

    The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No objections were filed to that Report and Recommendation in the time period permitted.  Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Motion for Summary Judgment (Doc. No. 12) is **DENIED**; and

    2.    Defendant's Motion for Summary Judgment (Doc. No. 15) is **GRANTED**.


Dated:  August 6, 2007

                                                          s/David S. Doty
                                                          David S. Doty, Judge
                                                          United States District Court